# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CITIZENS FOR RELIABLE AND SAFE HIGHWAYS, and PARENTS AGAINST TIRED TRUCKERS,<br><br>     *Petitioners*,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, and THE UNITED STATES,<br><br>     *Respondents*. | No. 20-1370 |

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

  Petitioners Advocates for Highway and Auto Safety, Citizens for Reliable and Safe Highways, and Parents Against Tired Truckers are national nonprofit organizations dedicated to improving truck safety. Petitioner International Brotherhood of Teamsters is a labor union representing more than 1.3 million workers, including commercial truck drivers, in the United States and Canada. None of the Petitioners issues shares or debt securities to the public or has a parent, subsidiary, or affiliate that has issued shares or debt securities to the public.

Dated: September 16, 2020   Respectfully submitted,

               <u>/s/ Adina H. Rosenbaum</u>
               Adina H. Rosenbaum

Scott L. Nelson
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-1000

*Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I caused one copy each of the foregoing Rule 26.1 Corporate Disclosure Statement to be served by first-class U.S. mail, postage prepaid, on the following:

Steven G. Bradbury
General Counsel
U.S. Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

Office of the Chief Counsel
Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE
MC-CC, 6th Floor
Washington, DC 20590

William Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum