# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ADVOCATES FOR HIGHWAY AND AUTO SAFETY, et al.,<br>*Petitioners*,<br>v.<br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, et al.,<br>*Respondents*. | No. 20-1370 |

## PETITIONERS' STATEMENT OF ISSUES TO BE RAISED

Petitioners expect to raise the following issues in this litigation:

1. Whether the final rule titled "Hours of Service of Drivers," published in the Federal Register by Respondent Federal Motor Carrier Safety Administration (FMCSA) on June 1, 2020, at 85 Fed. Reg. 33396, is arbitrary, capricious, or otherwise contrary to law.

2. Whether the FMCSA Deputy Administrator had authority to issue the final rule.

Respectfully submitted,

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum
Scott L. Nelson
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC  20009
(202) 588-1000

*Counsel for Petitioners*

October 23, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I caused the foregoing to be filed through the Court's ECF system, which will serve notice of the filing on counsel for all parties.

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum
